NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**WALTER J. ALBECKER,**
*Plaintiff-Appellant,*

v.

**CONTOUR PRODUCTS, INC. (FL),**
AND **CONTOUR PRODUCTS, INC. (NC),**
*Defendants-Appellees.*

2014-1318

Appeal from the United States District Court for the Northern District of Illinois in No. 1:09-cv-00631, Judge Edmond E. Chang.

**ON MOTION**

**O R D E R**

Walter J. Albecker submits his informal brief out of time, which the court treats as a motion to file his brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

    The motion is granted. Mr. Albecker's brief is accepted for filing. Contour Products Inc. should calculate its brief due date from the date of filing of this order.

                                   FOR THE COURT

                                   /s/ Daniel E. O'Toole
                                   Daniel E. O'Toole
                                   Clerk of Court

s21