# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1318 - Albecker v. Contour Products, Inc. (FL)

## Brief of appellees

## O R D E R

The foregoing, having been received, examined, and found to be not in compliance with the court's rules, is rejected and is returned herewith. A copy of the rejected version will be retained by the Clerk's Office until a corrected original and 3 copies are received. The corrected version may be filed within 14 days from the date of this order without incurring the adverse consequences which attend the failure to file.

The deficiencies found are set forth in the attached listing. The item may be highlighted or annotated if the deficiencies can be pointed out in that way.

The following shall apply when making corrections.

1. Litigant may file a replacement, corrected original and copies, or may correct the enclosed copies and submit with a new corrected original.
2. The corrected brief must be marked "CORRECTED."
3. Any insert or paste over must be 8 1/2 x 11 inches or smaller and must not extend beyond the original page as bound.
4. The corrected version must be served anew on all principal counsel or litigants. Do not serve only errata.
5. The corrected version filed with the court must be accompanied by proof of service.
6. The original, initially submitted and held by the Clerk's Office, will be discarded upon the filing of the corrected version or the expiration of the 14-day period.
7. No changes should be made other than those required to correct the informal brief or appendix.

The appeal will be subject to the adverse consequences of failure to file at the expiration of the 14 day period if no corrected version is filed. Calculation of the due date for next filing, if applicable, shall be from the service of the original version, not the corrected version, unless otherwise notified by the Clerk's Office. Counsel or litigants responsible for the next filing, however, may move for an enlargement if good cause arises.

If you wish to speak to a deputy clerk about this order and your appeal number ends in 1, 2, 4, 5 or 8 please call 202-275-8034. If your appeal number ends in 0, 3, 6, 7 or 9 please call 202-275-8029. Please consult the Rules of Practice before you call and have them at hand.

FOR THE COURT

May 22, 2014

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 14-1318 - Albecker v. Contour Products, Inc. (FL)

The Brief of appellees has been rejected for following reasons:

- The informal brief is untimely and needs leave of court before it can be filed. Pro Se Guide paragraph 14, Fed. Cir. R. 31(e)